IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Joel McReynolds,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Respondent. | No. CV-21-08001-PCT-DGC<br>　　　CR-18-08052-01-PCT-DGC<br><br>**ORDER** |

  Pending before the Court is a § 2255 motion (Doc. 1) and amended motion (Doc. 8) filed by Petitioner Loren Joel McReynolds. Respondent has filed a response (Doc. 12), and Petitioner has filed a reply. Doc. 14. United States Magistrate Judge James F. Metcalf has issued a report and recommendation that the motion be dismissed with prejudice and that a certificate of appealability be denied (R&R). Doc. 15. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**IT IS ORDERED:**

  1. The R&R (Doc.15) is accepted.

  2. The 2225 motion (Doc. 8) is **denied** and **dismissed with prejudice**.

  3. A certificate of appealability and leave to proceed in forma pauperis on appeal are denied.

/ / /

/ / /

4. The Clerk of Court is directed to enter judgment accordingly and terminate this action.

Dated this 11th day of February, 2022.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge